## Frank M. Palmer v. City of Clinton.

1. HIGHWAYS—*Dedication and Acceptance.*—A person platted an addition to a town in which a strip of land was included in certain lots, and afterward executed a written instrument, which was duly recorded, whereby he designated a strip, being fifty feet in width off the east side of said first named strip, as a public street. Afterward the municipal authorities caused a survey of the city, it having been organ-

ized as such, and its additions to be made, in which this strip appeared as a street, and was reported to the council. Afterward by an act amending the city charter the General Assembly declared that this survey, upon being spread on the county records, should be the only legal and correct survey of the city. *It was held* that these acts amounted to an acceptance of the street by the public.

**Memorandum.**—Suit for the violation of an ordinance obstructing a street. Appeal from the Circuit Court of De Witt County; the Hon. CYRUS EPLER, Judge, presiding. Heard in this court at the May term, 1893, and affirmed. Opinion filed October 28, 1893.

The opinion states the case.

WM. MONSON, attorney for appellant.

MICHAEL DONAHUE, city attorney, for appellee.

MR. JUSTICE WALL DELIVERED THE OPINION OF THE COURT.

The appellant was fined for obstructing a street. The principal contention now made in his behalf is that the *locus in quo* was not a street.

It is not doubtful that the original proprietor intended to dedicate the parcel or strip to the public use as a street.

Having first platted an addition to the town (now city) in which the strip was included in lots 3 and 6 of block 1, he afterward executed a written instrument which was duly recorded, whereby he designated the strip, being fifty feet in width off the east side of said lots, as a public street. Afterward the municipal authorities caused a survey of the city and its additions to be made. This survey, in which this strip appears as a street, was reported to the council January 30, 1868. By an act approved March 29, 1869, amending the city charter, the General Assembly declared that this survey, upon being spread on the county records, should be the only legal and correct survey of the city of Clinton. It was filed for record April 16, 1869. Here, then, is the highest evidence of acceptance. There was also some proof of work done on the street by the city. The judgment is right and will be affirmed.